## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **UPF Innovations, LLC,** | |
| *Plaintiff,* | **Civil Action No. 2:17-cv-570** |
| v. | |
| **MICROSEMI CORPORATION,** | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

## JOINT MOTION TO DISMISS

Plaintiff UPF Innovations, LLC ("UPF") and Defendant Microsemi Corporation ("Microsemi") have resolved UPF's claims for relief against Microsemi in this case.

NOW, THEREFORE, UPF and Microsemi, through their attorneys of record, request this Court to dismiss UPF's claims for relief against Microsemi with prejudice, with all attorneys' fees, costs of court, and expenses borne by the party incurring the same.

Dated: January 8, 2018

Respectfully submitted,

/s/  Matt Olavi
Elizabeth L. DeRieux (TX Bar No.
05770585)
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

Matt Olavi (TX Bar No. 24100889)
Attorney-in-Charge
OLAVI LAW P.C.
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Telephone: (512) 717-4485
Email: molavi@olavilaw.com

Bradford J. Black (TX Bar No. 24086243)
BRADFORD BLACK P.C.
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 813-6211
Email: bblack@bradfordblack.com

**Attorneys for Plaintiff**
**UPF INNOVATIONS, LLC**

 /s/ Edward M. Cannon
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Michael K. Friedland (SBN 157217)
Edward M. Cannon (SBN 223368)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404

Facsimile: (949) 760-9502

ATTORNEYS FOR DEFENDANT
MICROSEMI CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of January, 2018, with a copy of this document via CM/ECF on this same date.

_/s/ Matt Olavi_____