## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **UPF Innovations, LLC,**  *Plaintiff,*  v.  **Microsemi Corporation,**  *Defendant.* | No. 2:17-CV-00570-JRG-RSP |

### ORDER OF DISMISSAL

The Court **GRANTS** the parties' Joint Motion to Dismiss [Dkt. # 24] and therefore **DISMISSES** UPF's claims for relief against Microsemi **WITH PREJUDICE**. All attorneys' fees, costs of court, and expenses must be borne by the party incurring the same.

**SIGNED this 8th day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE